THEODORE MANIKAS, an Infant, by His Guardian ad Litem, JOHN MANIKAS, Appellant, v. WALTER CARSWELL et al., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Appellant's request to the effect that the infant plaintiff was only required to exercise that degree of care which would be reasonably expected of an infant of similar age and experience under similar circumstances was correct and should have been charged. The law no longer arbitrarily fixes an age at which the duty to exercise some degree of care begins, or an age at which an infant must exercise the same care as an adult. (*Camardo* v. *New York State Rys.*, 247 N. Y. 111.) We think that by injecting the question of *sui juris* into the charge, it would be difficult for the jury to understand what degree of care was required of the fifteen-year-old boy. All concur. (Appeal from a judgment for defendants for no cause of action in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

VERA K. ESCHE, as Executrix of JOSEPH ESCHE, Deceased, Appellant, v. FARMERS NATIONAL BANK AND TRUST COMPANY OF ROME, Defendant, and DOROTHY C. KESSLER, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment in favor of defendant Kessler in an action to recover money deposited in joint bank account.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

GEORGE E. KEENAN, as Administrator of the Estate of THOMAS E. KEENAN, Deceased, Respondent, v. HARRY A. COGER, Individually and as Administrator of the Estate of FRANK E. COGER, Deceased, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order granting plaintiff's motion to set aside the verdict of a jury for no cause of action and for a new trial in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

FLORENCE V. SNYDER, as Executrix of ARTHUR SNYDER, Deceased, Plaintiff, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Defendant and Third-Party Plaintiff-Appellant. DEPEW PAVING CO., INC., Third-Party Defendant-Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion by the third-party defendant to dismiss the third-party complaint served by defendant.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 284 App. Div. 837.]